Fredrick STINSON, Plaintiff–
Appellant,

v.

Michael ALLEN, Circuit Court Judge;
Larry Steven Hogan, Deputy Com-
monwealth Attorney, Defendants–Ap-
pellees.

No. 12–6152.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 6, 2012.

Fredrick Stinson, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Fredrick Stinson appeals the district
court's order dismissing without prejudice
his 42 U.S.C. § 1983 (2006) civil rights
action. On appeal, we confine our review
to the issues raised in the Appellant's
brief. See 4th Cir. R. 34(b). Because
Stinson's informal brief does not challenge
the basis for the district court's disposi-
tion, Stinson has forfeited appellate review
of the court's order. Accordingly, we af-
firm the district court's judgment. We
dispense with oral argument because the

facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*